# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs                        CASE NO. 3:08cr79/MCR

**ROBERT LEIGHTON PENDELL**
_____/

## JUDGMENT OF ACQUITTAL BY THE COURT

The above entitled cause came on for trial by a jury, and the jury having returned a verdict of guilty as to Count One on March 31, 2010. The court having heard the testimony in this case and having determined that there is insufficient evidence to support a conviction, it is upon consideration hereby

**ORDERED and ADJUDGED** that the defendant, ROBERT LEIGHTON PENDELL's oral motion for judgment of acquittal was previously GRANTED as to Count Two on March 29, 2010 and was GRANTED as to Count One on March 31, 2010 for reasons stated on the record.

**IT IS FURTHER ORDERED** that JUDGMENT OF ACQUITTAL of the defendant, ROBERT LEIGHTON PENDELL as to Counts One and Two in the Indictment is hereby entered.

**DONE and ORDERED** at Pensacola, Florida, this 2nd day of April, 2010.

                                             *s/ M. Casey Rodgers*
                                             M. CASEY RODGERS
                                             UNITED STATES DISTRICT JUDGE