**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                          CASE NO.: 3:08cr79/MCR

ROBERT LEIGHTON PENDELL

_____/

**O R D E R**

Pending before the court is the Government's Motion For Reconsideration of the court's order granting Defendant's Motion For Judgment of Acquittal based on the evidence at the close of the Government's case at trial. (Doc. 1210). Defendant opposes the motion. (Doc. 1235). The court has carefully considered the Government's arguments and Defendant's opposition and finds no reason to reconsider its prior ruling. To reiterate, construing the evidence in the light most favorable to the Government, the court concludes there was insufficient evidence at the close of the Government's case for a reasonable jury to find beyond a reasonable doubt that Defendant was a knowing participant in the specific conspiracy charged in Count One. Defendant was not a Qualified Consultant of PQI and not a member of PQI's executive council. The fact that he may have been present at Q2 offshore conferences does not alone establish his knowing participation in the conspiracy charged. Additionally, the fact that Defendant may have marketed SORCE is not evidence of his participation in the conspiracy charged in this case. There was no sufficient evidence that he knowingly marketed SORCE to PQI customers, and the evidence showed that unlike other PQI vendors discussed at trial SORCE did not have an exclusive relationship with PQI and thus had non-PQI customers.

The Government's Motion For Reconsideration (doc. 1210) is DENIED.

**DONE and ORDERED** this 18th day of August, 2010.

_s/ M. Casey Rodgers_

**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**